IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUADALUPE CHAVEZ, *et al.*,

    Plaintiffs,

vs.                                            Civ. No. 24-572 JB/KK

SECRETARY THOMAS J. VILSACK, *et al.*,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendant Bosley Management Inc.'s Unopposed Motion for Remote Attendance at Mediation (Doc. 60) ("Motion"), filed February 7, 2025. The Defendant's Motion is GRANTED. John Bosley and the insurance adjuster for Bosley Management, Inc. may attend the Settlement Conference set for March 6, 2025, via Zoom. (*See* Doc. 55.) The Zoom ID and Passcode will be filed separately in a Notice of Zoom Information.

    IT IS SO ORDERED.

    ***Recording or broadcasting of this conference is prohibited.***

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE