UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** CIV 24-0572 JB/KK            **DATE:** 3/5/2025

**TITLE:** Chavez et al v. Vilsack et al.

**COURTROOM CLERK:** C. Padilla      **COURT REPORTER:** J. Bean

**COURT IN SESSION:** 12:01 PM/1:46 PM    **TOTAL TIME:** 0:51

**TYPE OF PROCEEDING:** MOTION HEARING

**COURT RULING/DISPOSITION:**
1. PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUCTION AND STAY AND WAIVER OF BOND [21]- TO BE WITHDRAWN
2. PLAINTIFFS MOTION TO STRIKE RESPONSE AND APPEARANCE FOR VILLAS DE AVENIDA CANADA [32]- TO BE WITHDRAWN
3. PLAINTIFFS OPPOSED MOTION FOR CLASS CERTIFICATION [24]-DEF. WILL PROVIDE A POSITION BY THE END OF THE WEEK
4. DEFENDANT BOSLEY MANAGEMENT INC.'S MOTION TO ENFORCE SETTLEMENT AGREEMENT [63]- ORALLY DENIED WITHOUT PREJUDICE
5. EMERGENCY MOTION TO STRIKE DEFENDANT BOSLEY MANAGEMENT INC.S MOTION TO ENFORCE SETTLEMENT AGREEMENT [64]-ORALLY DENIED WITHOUT PREJUDICE.
6. MOTION FOR HEARING [65]- ORALLY GRANTED.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Marcos Segura, Natalie Maxwell         Jesse D. Hale, Richard H. Cravens

Sovereign Hager, Maria T. Griego       Benjamin F. Feuchter

**PROCEEDINGS:**

**COURT IN SESSION: 12:01 PM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES. ADDRESSES PENDING MOTIONS.

**MR. SEGURA:** RESPONDS, THERE IS A SETTLEMENT CONFERENCE SET FOR TOMORROW.

**COURT:** MOTIONS NEED TO DISAPPEAR. DIRECTS PARTIES TO STEP OUTSIDE THE COURTROOM AND DISCUSS HOW THEY WANT TO PROCEED.

**IN RECESS:** 12:05 PM

**COURT IN SESSION:** 12:16 PM

**MR. SEGURA:** WILL WITHDRAW MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO STRIKE.

**MR. HALE:** NO OBJECTION. WILL WORK ON A RESOLUTION ON MOTION FOR CLASS CERTIFICATION.

**COURT:** YOU'RE GOING TO GET A RULING ON IT, CAN'T WAIT FOR BRIEFING.

**MR. HALE:** WILL PROVIDE A POSITION BY THE END OF THE WEEK.

**COURT:** ADDRESSES THE SETTLEMENT CONFERENCE.

**MR. HALE**: RESPONDS.

**COURT:** YOU CAN ALWAYS WITHDRAW AND REFILE.

**MR. FEUCHTER:** NO OBJECTIONS.

**MR. CRAVENS:** NO OBJECTION.

**COURT:** ADDRESSES MOTION TO ENFORCE SETTLEMENT.

**MR CRAVENS**: ARGUES IN SUPPORT OF MOTION.

**MR. HALE:** NO POSITION.

**COURT:** ASKS MR. FEUCHTER ABOUT PRINCIPALS AND MEMBERS.

**MR. FEUCHTER:** RESPONDS.

**COURT**: DIRECTS MR. FEUCHTER TO SUBMIT A LETTER REGARDING PRINCIPALS AND CITIZENSHIP OF ALL MEMBERS.

**MR. SEGURA:** ADDRESSES ISSUES WITH RELEASE. ASKS TO CONFER WITH HIS TEAM.

**IN RECESS**: 12:37 PM

**COURT IN SESSION:** 1:04 PM

**MR. SEGURA:** AFTER CONFERRING WITH THIS TEAM, BELIEVES THEY HAVE A SETTLEMENT.

**MR. CRAVENS:** APPROVAL FROM CLIENTS TO NOT OPPOSE CLASS CERTIFICATION .

**MR. SEGURA**: RESPONDS.

**IN RECESS:** 1:17 PM

**COURT IN SESSION:** 1:28 PM

**MR. CRAVENS:** AGREES TO EVERYTHING EXCEPT ADMINISTRATOR FEES.

**COURT:** ADDRESSES RELEASE LANGUAGE

**MR. SEGURA**: RESPONDS.

**MR. CRAVENS:** WANTS FINALITY IN THE RELEASE.

**MR. SEGURA:** RESPONDS, AGREES TO LANGUAGE.

**COURT:** NOT PREPARED TO SAY YOU HAVE A SETTLEMENT YET. DIRECTS MR. CRAVENS TO CALL HIS CLIENT.

**IN RECESS:** 1:33 PM

**COURT IN SESSION:** 1:38 PM

**MR. CRAVENS:** ADJUSTER WILL COME UP WITH NO MORE THAN TEN THOUSAND DOLLARS.

**COURT:** WHAT WOULD YOU LIKE TO DO WITH THE MOTION?

**MR. CRAVENS:** GRANT THE MOTION.

**MR. SEGURA:** THINKS MOTION SHOULD BE WITHDRAWN.

**COURT:** DENY MOTION WITHOUT PREJUDICE. GRANT MOTION FOR HEARING.

NO OBJECTION FROM PARTIES.

**COURT:** MOTION TO STRIKE MOTION TO ENFORCE SETTLEMENT- DENIED.

NOTHING FURTHER.

**COURT IN RECESS:** 1:46 PM