**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF NEW MEXICO**

|  |  |
|---|---|
| GUADALUPE CHAVEZ, LORENZA ROMERO, ALICE SANCHEZ, SUSIE TRUJILLO, and PETRA VELARDE, Plaintiffs on behalf of themselves and all others similarly situated<br><br>vs.<br><br>BROOK ROLLINS, Secretary of the Department of Agriculture, VILLAS DE AVENIDA CANADA, LLC., and BOSLEY MANAGEMENT, INC.,<br><br>Defendants | **CASE NO: 1:24-cv-00572-JB-KK**<br><br>**STIPULATED CONFIDENTIALITY ORDER** |

## STIPULATED CONFIDENTIALITY/PROTECTIVE ORDER

Plaintiffs and Defendant Bosley Management Inc. ("the parties), having met and conferred regarding the use of confidential information to comply with the terms of the Settlement Agreement in this matter, agree to this Confidentiality/Protective Order regarding Confidential Information described below and submit it to the Court for its approval and entry:

A Settlement Agreement being negotiated between the parties contemplates Defendant BMI providing Plaintiffs' counsel with confidential, personally identifying information contained in applicant certifications for rental assistance and rent rolls.

The Court hereby Orders that all personally identifying information contained in applicant certifications for rental assistance submitted by class members and rent rolls that are provided pursuant to a Settlement Agreement are confidential and will only be viewed by Class Counsel, their staff members and the Court Approved Settlement Administrator for the exclusive

purpose of locating class members who no longer live at the La Vista Del Rio property. The information will be used by Class Counsel and the Settlement Administrator to deliver Notice of a Class Action Settlement and payments required by the Settlement to Class Members. The information shall not be provided to class members.

So Ordered on this 7th Day of March, 2025.

_Kirtan Khalsa_

KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE


*Submitted* by:

Sovereign Hager

**NM CENTER ON LAW AND POVERTY**

Natalie N. Maxwell

**NATIONAL HOUSING LAW PROJECT**

**Attorneys for Plaintiffs**


*Approved by:*

Richard H. Cravens IV

**PRIEST & MILLER, LLP**

***Attorney for Defendant Bosley Management, Inc.***