IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| GUADALUPE CHAVEZ, et al.,<br>Plaintiffs,<br><br>vs.<br><br>THOMAS VILSACK, Secretary of the Department of Agriculture, et al.,<br>Defendants. | **CASE NO: 1:24-CV-00572 JB/KK**<br><br>**JOINT MOTION TO EXCEED PAGE LIMIT** |

## JOINT MOTION TO EXCEED PAGE LIMIT

Plaintiffs Guadalupe Chavez, Lorenza Romero, Alice Sanchez, Suzie Trujillo and Petra Velarde and Defendant Bosley Management, Inc. (BMI) hereby move this Court for an order to exceed the page limit for their Joint Motion for Class Certification and Preliminary Approval of Class Settlement and the accompanying Memorandum of Law in Support, filed pursuant to Fed. R. Civ. P. 23. Plaintiffs request an extension of their page limit by 9 pages, for up to 36 pages. This page limit extension is requested to adequately address the numerous requirements the Court must consider in ruling on the parties' request.

Wherefore, Plaintiffs and Defendant BMI respectfully request that the Court grant this Motion and allow them to exceed the page limit extension by 9 pages, for up to 36 pages, for their filing.

Dated: April 7, 2025

Respectfully submitted,

/s/ Richard H. Cravens, IV
PRIEST & MILLER LLP
Ada B. Priest
Richard H. Cravens, IV

/s/ Marcos Segura
NATIONAL HOUSING LAW PROJECT
Natalie N. Maxwell
Marcos Segura

6100 Uptown Blvd. NE, Suite 620
Albuquerque, NM 87110
PH: (505) 349-2300
Ada@PriestMillerLaw.com
Rick@PriestMillerLaw.com

*Attorneys for Bosley Management, Inc*

90 New Montgomery St,, Suite 1015
San Francisco, CA 94105
TEL: (415) 546-7000
nmaxwell@nhlp.org
msegura@nhlp.org

NEW MEXICO CENTER ON LAW AND POVERTY
Sovereign Hager
Maria Griego
301 Edith Blvd., NE
Albuquerque, NM 87102
(505) 255-2840
sovereign@nmpoverylaw.org
maria@nmpovertylaw.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that April 7, 2025, the foregoing was served on all counsel of record via filing with the court's CM/ECF system.

/s/ *Marcos Segura*
Marcos Segura