# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF NEW MEXICO

| | |
|---|---|
| GUADALUPE CHAVEZ, et al.,<br>Plaintiffs,<br><br>vs.<br><br>THOMAS VILSACK, Secretary of the Department of Agriculture, et al.,<br>Defendants. | **CASE NO: 1:24-CV-00572 JB/KK**<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMIT** |

## [PROPOSED] ORDER

**The Court hereby finds** that the Joint Motion filed by Plaintiffs Guadalupe Chavez, Lorenza Romero, Alice Sanchez, Suzie Trujillo and Petra Velarde and Defendant Bosley Management, Inc. for Class Certification and Preliminary Approval of Class Settlement and the accompanying Memorandum of Law in Support should exceed the Court's 27-page limit to the adequately address the various issues raised under Fed. R. Civ. P. 23.

**Good cause appearing, the Court hereby orders** that Plaintiffs' and Defendant's filing may exceed the Courts 27-page limit by 9 pages, for up to 36 pages.

**It is SO ORDERED**.

ISSUED this \_\_\_\_ day of _____ 2025.

_____
Hon. Judge James O. Browning