IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF NEW MEXICO

GUADALUPE CHAVEZ, et al.,

    Plaintiffs,

vs.                                                          No. CIV 24-0572 JB/KK

THOMAS VILSACK, Secretary of the
Department of Agriculture, et al.,

    Defendants.

## ORDER RE: CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT

The Court has reviewed the joint motion submitted by Plaintiffs Guadalupe Chavez, Lorenza Romero, Alice Sanchez, Suzie Trujillo and Petra Velarde and Defendant Bosley Management, Inc. for class certification for settlement purposes and preliminary approval of the class action settlement, the memorandum and declarations filed in support of the parties' motion, the Settlement between the parties, the proposed class notice, and all relevant filings in the case.

**On that basis, the court finds as follows**:

1. The proposed class meets the requirements of Rule 23(a). Plaintiffs have demonstrated that the class is so numerous that joinder is impractical and that there is commonality and typicality among the class because class member claims are all based on the same legal theory, supported by the same contentions, and seek redress for the same injury. Further, proposed class counsel is experienced in class action litigation and the substantive law underlying class claims, thus the adequacy requirement is met.

2. The proposed class meets the requirements of Rule 23(b)(3) and 23(b)(2) because the common questions presented by class claims predominate over individual questions,

     Plaintiffs have demonstrated that class litigation is the most effective vehicle for resolving the controversy between the parties, and because the injunctive relief proposed in the Settlement relates to actions by Defendant generally applicable to the class and is thus appropriate for the entire class.

3. Plaintiffs thoroughly investigated their claims pre-filing, filed extensive motions to advance their clients' interest, and the parties engaged in transparent and protracted negotiations, vigorously litigating the terms of the proposed agreement in the process. Further, the resulting Settlement is an excellent result for the class, considering the risk and cost of continued litigation and the uncertain outcome. The Settlement is therefore fair, adequate and reasonable.

4. The proposed class notice generally describes the terms of the settlement in sufficient detail to alert those with adverse viewpoints to investigate and file their objection and the proposed notice plan is reasonably designed to deliver notice to all class members.

**Good cause appearing and pursuant to Federal Rule of Civil Procedure 23, the Court hereby orders the following:**

1. The class defined as "All current and former residents of La Vista Del Rio Apartments since September 8, 2022, who are or were eligible to receive low-income housing assistance under the United States Department of Agriculture's Sections 515 and 521 Programs" is certified for settlement purposes.

2. Plaintiffs Guadalupe Chavez, Lorenza Romero, Alice Sanchez, Suzie Trujillo and Petra Velarde are appointed as class representatives.

3. The National Housing Law Project and the New Mexico Center on Law and Poverty are appointed as counsel for the certified settlement class.

4. Preliminary approval of the Settlement is granted.

5. American Legal Claims Services LLC is appointed as class administrator.

6. The proposed class notice submitted with the parties' joint motion as Exhibit B is approved for distribution to class members.

7. American Legal Claims Services LLC shall provide notice of provisional class certification to all class members within 45 days from the date this order is entered.

8. The class member response deadline for objections is set as 60 days from the deadline for American Legal Claims Services LLC to provide class notice.

9. The Court will hold a hearing on entry of final approval of the Settlement 90 days from the deadline for American Legal Claims Services LLC to provide class notice.

**It is SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE