IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF NEW MEXICO

GUADALUPE CHAVEZ, et al.,

Plaintiffs,

vs.

No. CIV 24-0572 JB/KK

BROOKE ROLLINS, Secretary of the
Department of Agriculture, et al.,

Defendants.

### ORDER RE: CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT

The Court has reviewed the motion submitted by Plaintiffs Guadalupe Chavez, Lorenza Romero, Alice Sanchez, Suzie Trujillo and Petra Velarde for class certification for settlement purposes and preliminary approval of the class action settlement, the memorandum and declarations filed in support of the parties' motion, the Settlement between the parties, the proposed class notice, and all relevant filings in the case. **On that basis, the court finds as follows**:

1. The motion is unopposed by Defendants the United States Department of Agriculture-Rural Housing Service and Villas de Avenida Canada Apartments.

2. The proposed class meets the requirements of Rule 23(a). At an estimated 74 class members, Plaintiffs have demonstrated that the class is so numerous that joinder is impractical and that there is commonality and typicality among the class because proposed class member contentions involve the same claims, based on the same legal theories, supported by the same operative facts, and they seek redress for the same

injuries. Further, proposed class counsel is experienced in class action litigation and the substantive law underlying class claims, thus the adequacy requirement is met.

3. The proposed class meets the requirements of Rule 23(b)(2) because the alleged wrongful conduct is based on grounds generally applicable to all class members, making the injunctive relief proposed in the Settlement appropriate for the entire class.

4. The Settlement comes after a thorough pre-filing investigation into potential claims, preparation of substantive motions for preliminary injunctive relief and class certification, and lengthy, transparent negotiations before the Court wherein the parties vigorously litigated their positions. There were also serious questions about the remedy the Court would ultimately require, making for an uncertain outcome, while the Settlement is intended to largely accomplish Plaintiffs' litigation objectives. The Settlement is therefore fair, adequate and reasonable.

5. The proposed class notice generally describes the terms of the settlement in sufficient detail to alert those with adverse viewpoints to investigate and file their objection and the proposed notice plan is reasonably designed to deliver notice to all class members.

**Good cause appearing and pursuant to Federal Rule of Civil Procedure 23, the Court hereby orders the following:**

1. The class defined as "All tenants who resided at La Vista Del Rio Apartments in Espanola, NM between March 1, 2023, and October 3, 2023, who met the eligibility requirements under the United States Department of Agriculture-Rural Development's Sections 515 housing" is certified for settlement purposes.

2. Plaintiffs Guadalupe Chavez, Lorenza Romero, Alice Sanchez, Suzie Trujillo and Petra Velarde are appointed as class representatives.

3. The National Housing Law Project and the New Mexico Center on Law and Poverty are appointed as Class Counsel for the certified settlement class.

4. Preliminary approval of the Settlement is granted.

5. The proposed class notice submitted with Plaintiffs' motion as Exhibit B is approved for distribution to class members.

6. Class Counsel shall mail notice of provisional class certification to all class members within 14 days from the date this order is entered. Class notice shall inform class members of the Settlement and notify class members of their right to object and explain the process for doing so.

7. Class members shall have the opportunity to object to this Settlement by attending the final approval hearing and presenting any objections to the Court. Class Members who wish to present objections must notify Class Counsel in writing no later than three days prior to the final approval hearing and must provide their full name, address, telephone number, intention to appear, and a brief explanation of the basis for the class member's objection

8. Defendant Villas shall reimburse Class Counsel for the cost of mailing class notice in an amount not to exceed $2,000, within 30 days of Class Counsel providing receipts.

9. The Court will hold a hearing on entry of final approval of the Settlement 60 days from the deadline for Class Counsel to provide class notice.

**It is SO ORDERED**.

_____
UNITES STATES DISTRICT JUDGE