IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF NEW MEXICO

GUADALUPE CHAVEZ, et al.,

Plaintiffs,

vs.

No. CIV 24-0572 JB/KK

BROOKE ROLLINS, Secretary of the
Department of Agriculture, et al.,

Defendants.

**ORDER SETTING HEARING ON ENTRY OF FINAL APPROVAL OF SETTLEMENT**

This matter came before the Court on Plaintiffs' Unopposed Motion to Set the Hearing on Entry of Final Approval of Settlement between Plaintiffs and Defendants USDA and Villas de Avenida Canada Apartments.

The Court has considered the Motion and **GRANTS the Unopposed Motion** and hereby orders the hearing on entry of final approval of settlement between Plaintiffs and Defendants USDA and Villas de Avenida Canada Apartments on January 29, 2026, at 9:30 AM in Albuquerque - 460 Vermejo Courtroom before District Judge James O. Browning.

**It is SO ORDERED**.

ISSUED this 24th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE