**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 8 2026

MITCHELL R. ELFERS
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO**

| | |
|---|---|
| GUADALUPE CHAVEZ, et al.,<br>Plaintiffs,<br><br>vs.<br><br>BROOK ROLLINS, Secretary of the<br>Department of Agriculture, et al.,<br>Defendants. | CASE NO: 1:24-CV-00572-JB/KK |

## DECLARATION OF SOVEREIGN HAGER REGARDING DUE DILIGENCE IN NOTICING

I, Sovereign Hager, declare as follows:

1. I am an attorney at NM Center on Law and Poverty and class counsel in the above captioned case. This declaration is based on my personal knowledge.

2. The Class Action Settlement Agreement between Secretary Brook Rollins and Villas de Avenida Canada Apartments requires that Class Counsel send the class notice within 14 days of preliminary approval order with a hearing date for a final approval hearing. See Paragraph 22 of Settlement Agreement (Exhibit A to Doc. 102). This Settlement is one of two made on behalf of the same class in the above captioned case.

3. **Class List Receipt and Processing:** Plaintiffs' Counsel received the mailing list ("Class List") from Counsel for Defendant Bosley Management Inc. That was processed and verified by the Class Administrator in the first settlement approved against Defendant Bosley Management Inc. The second settlement, which was between the Plaintiffs and Defendants Secretary Brook Rollins and Villas de Avenida Canada Apartments involved the same class definition and Class List. During implementation of the first settlement, the Court appointed class administrator updated addresses for returned notices. See Doc. 100. Plaintiffs' counsel also assisted in obtaining updated mailing addresses for class members with undelivered notices. As such, Class Counsel has an updated Class List from the implementation of the first settlement.

4. **Initial Class Notice:** The Court issued an Order with a hearing date for final



approval on November 24, 2025. On November 28, 2025, Class Counsel mailed the Notice in both English and Spanish, substantially in the form approved by the Court (attached hereto as Exhibit A), to 46 class members.

5. **Returned Mail Handling**: Class Counsel processed all Notices returned by USPS that did not contain an updated address. 10 Notices were returned by the USPS as of the date of this declaration. Class Counsel made calls to class members and obtained updated addresses for two class members. Notices were remailed to those class members. Additionally, Class Counsel learned that one of the returned notices was for a class member who passed away in November of 2025, making that class notice undeliverable.

6. **Summary of Noticing:** The following is a summary of the noticing as of the date of this declaration:
   - Notice initially mailed via USPS: 46
   - Notices returned by USPS: 10
   - Notices remailed via USPS: 2
   - Total number of mailed Notice deemed undeliverable: 8
   - Percentage of Notice deemed undeliverable: 17.3%

7. **Telephone**: Class Counsel provided a phone number of class members to contact with questions about the Settlement. Class Counsel spoke to twelve class members by phone who had questions about the Notice.

8. **Objections**: The Notice informed class members who wish to object to the settlement to file their written objection with the Court by January 29, 2026. Class Counsel is not aware of any objections being filed with the Court as of the date of this declaration.

I declare under penalty of perjury pursuant to the laws of the State of New Mexico that the foregoing is true and correct to the best of my knowledge. Executed on January 16, 2026, in Albuquerque, NM.

_____

Sovereign Hager
Class Counsel

2

# Class Action Notice

*This Notice is authorized by the U.S. District Court. This is not an advertisement from a lawyer.*
This is an important legal document; we recommend that you read all of it.

Records show that you resided at the La Vista Del Rio Apartments in Española, NM between March 1, 2023 and October 3, 2023 and received rental assistance through the United States Department of Agriculture- Rural Development (USDA).

There is a settlement of a lawsuit.

Under the settlement the USDA and Villas de Avenida Canada (formerly La Vista Del Rio) must take specific action that will help preserve affordable housing for class members.

You do not have to do anything to receive these protections. Make sure class counsel have your most recent address so you get information about the protections.

This notice is to tell you about a proposed settlement of a class action lawsuit that was filed in the United States District Court. The lawsuit is called, *Chavez v. Vilsack and Villas de Avenida de Canada.* The plaintiffs, or people who brought the class action lawsuit in their name, have reached a settlement with the Defendants: USDA and Villas de Avenida Canada, LLC. In the lawsuit, Plaintiffs allege that Defendant USDA illegally permitted the sale of the property without taking action to preserve affordable housing and that Defendant Villas de Avenida Canada illegally raised rent and failed to maintain habitable conditions.

**Important Information About Your Legal Rights**

The proposed settlement covers all tenants that lived at the La Vista Del Rio Apartment Complex from March 1, 2023 to October 2, 2023 and received rental assistance through the United States Department of Agriculture Rural Development.

The Settlement requires the USDA to:
- Beginning on August 13, 2025 and until 90 days after the settlement is approved, open the application process for class members who would like to apply for Rural Development housing vouchers, which can assist with class members' rental payments if they meet eligibility requirements. **Update your mailing address with Class Counsel to be sure you get information to apply for vouchers.**
- Verify that Villas de Avenida Canada is meeting habitability requirements for class members still living at the apartment complex under the RD Voucher program.

The Settlement requires Villas de Avenida Canada to take the following action for class members who continue to live at Villas de Avenida Canada:
- Limit monthly rental payments to no more than 30 percent of household income.
- Rehabilitate class member units to meet RD Voucher habitability requirements.
- Refrain from retaliating against class members for their participation in this lawsuit. This includes treating class members differently from other tenants or taking negative action against class members.
- Effective August 13, 2025, Defendant Villas will write off any debts allegedly owed by class members residing at the property.

# Exhibit A to Hager Decl.

**Your Options:** Read this notice to understand the settlement and to determine if you are a class member. Then decide if you want to:

| | |
|---|---|
| **DO NOTHING** | **You will be bound by the settlement,** if the judge approves it. This means you will not be able to sue the USDA or Villas de Avenida Canada about the same issues. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the settlement. The hearing will be at **9:30 a.m on January 29, 2026** at 460 Vermejo Courtroom US District Court, 333 Lomas Blvd. NW Albuquerque, NM 87102 |
| **OBJECT TO THE SETTLEMNT** | If you want to object to the settlement, you can do so in writing and sending your objection to all of those listed below *no later than January 29, 2026.*<br><br>**The Court:** The Hon. James O. Browning<br>United States District Court, Pete V. Domenici United States Courthouse<br>333 Lomas Blvd NW, Suite 660, Albuquerque, New Mexico 87102<br><br>**Class Counsel:** Sovereign Hager and Maria Griego NM Center on Law and Poverty PO Box 27290 Albuquerque NM 87125<br><br>**Defense Counsel:**<br>Ben Feuchter<br>Jennings Haug Keleher McLeod Waterfall LLP<br>201 Third street NW, Suite 1200<br>Albuquerque, New Mexico 87102<br><br>Roberto D. Ortega<br>U.S. Attorney's Office, District of New Mexico<br>201 3rd Steet N.W., Suite 900<br>Albuquerque, New Mexico 87102 |

**Do I have a lawyer in this lawsuit?**
In a class action, the judge appoints class representatives and lawyers to work on the case and represent the interests of all class members. For this settlement, the judge has appointed the following individuals and lawyers:

**New Mexico Center on Law and Poverty**
Sovereign Hager
Maria Griego
PO Box 27290
Albuquerque NM 87125
(505) 255-2840

**National Housing Law Program**
Natalie Maxwell
Marcos Segura
90 New Montgomery St.
Suite 1015
(415)546-7000

These are the lawyers who negotiated this settlement on your behalf. If you want to be represented by your own lawyer, you may hire one at your own expense.

If you have questions, please contact the NM Center on Law and Poverty, the attorneys for Plaintiff and the Class, at (505) 255-2840.

# Exhibit A to Hager Decl.

# Aviso sobre Demanda Colectiva

*Este Aviso está autorizado por el Tribunal de Distrito federal. Esto no es un anuncio de un abogado.*
Este es un documento legal importante; le recomendamos que lea todo el contenido.

| | | |
|---|---|---|
| Los registros muestran que usted residió en los Apartamentos La Vista Del Rio en Española, NM entre el 1 de marzo de 2023 y el 3 de octubre de 2023 y recibió asistencia para la renta a través del Departamento de Agricultura de EE. UU. – Desarrollo Rural (USDA, por sus siglas en inglés). | Hay un acuerdo en una demanda judicial.<br><br>Bajo este acuerdo, el USDA y Villas de Avenida Canada (anteriormente La Vista Del Rio) deben tomar acciones específicas que ayudarán a preservar vivienda asequible para los miembros de la clase. | No tiene que hacer nada para recibir estas protecciones. Asegúrese de que los abogados de la clase tengan su dirección más reciente para que reciba toda la información sobre estas protecciones. |

Este aviso le informa sobre un propuesto acuerdo en una demanda colectiva presentada en el Tribunal de Distrito de EE. UU. La demanda se llama Chavez v. Vilsack y Villas de Avenida de Canada. Los demandantes, o personas que presentaron la demanda colectiva en su nombre, han llegado a un acuerdo con los demandados: Departamento de Agricultura de EE. UU. (USDA) y Villas de Avenida Canada, LLC. En la demanda, los demandantes alegan que el USDA permitió ilegalmente la venta de la propiedad sin tomar medidas para preservar vivienda asequible y que Villas de Avenida Canada subió ilegalmente la renta y no mantuvo condiciones habitables.

**Información importante sobre sus derechos legales**

El acuerdo propuesto cubre a todos los inquilinos que vivieron en el Complejo de Apartamentos La Vista Del Rio del 1 de marzo de 2023 al 2 de octubre de 2023 y que cumplieron con los requisitos del programa de vivienda Sección 515 del USDA que aplicaba a la propiedad durante ese tiempo.

El acuerdo requiere que el USDA:
- Desde el **13 de agosto de 2025** y hasta **90 días después de que se apruebe el acuerdo**, abra el proceso de solicitud para los miembros de la clase que quieran solicitar **vales de vivienda Rural Development**, que pueden ayudar a pagar la renta si cumplen los requisitos de elegibilidad. Actualice su dirección postal con los Abogados de la Clase para asegurarse de recibir información para solicitar los vales.
- Verifique que Villas de Avenida Canada cumpla con los requisitos de habitabilidad para los miembros de la clase que aún viven en el complejo bajo el programa de vales RD.

**El acuerdo requiere que Villas de Avenida Canada tome las siguientes acciones para los miembros de la clase que continúen viviendo en Villas de Avenida Canada:**
- Limitar los pagos de renta mensual a no más del 30% del ingreso familiar.
- Rehabilitar las unidades de los miembros de la clase para cumplir con los **requisitos de habitabilidad del programa de vales RD**.

# Exhibit A to Hager Decl.

- Abstenerse de tomar represalias contra los miembros de la clase por su participación en esta demanda. Esto incluye **no tratarlos diferente de otros inquilinos ni tomar acciones negativas en su contra.**
- A partir del **13 de agosto de 2025,** Villas cancelará cualquier deuda que supuestamente tengan los miembros de la clase que vivan en la propiedad.

**Sus Opciones:** Lea este aviso para entender el acuerdo y determinar si es miembro de la clase. Luego decida si quiere:

| | |
|---|---|
| **No Hacer Nada** | Estará sujeto al acuerdo, si el juez lo aprueba. Esto significa que **no podrá demandar al USDA ni a Villas de Avenida Canada sobre los mismos temas.** |
| **Ir a una Audiencia** | Puede solicitar hablar en el tribunal sobre la justicia del acuerdo. La audiencia será a las **9:30 a.m., del 29 de enero, 2026 460 Vermejo Courtroom US District Court, 333 Lomas Blvd NW Albuquerque NM 87102** |
| **Objetar el Acuerdo** | Si quiere objetar el acuerdo, puede hacerlo por escrito y enviar su objeción a todos los siguientes antes del **29 de enero, 2026**:<br><br>**El Tribunal:** Hon. James O. Browning<br>United States District Court, Pete V. Domenici Courthouse<br>333 Lomas Blvd NW, Albuquerque, New Mexico 87102<br><br>**Abogados de la Clase:** Sovereign Hager y Maria Griego<br>NM Center on Law and Poverty<br>PO Box 27290<br>Albuquerque, NM 87125<br><br>**Abogados de la Defensa:**<br>Ben Feuchter<br>Jennings Haug Keleher McLeod Waterfall LLP<br>201 Third street NW, Suite 1200<br>Albuquerque, New Mexico 87102<br><br>Roberto D. Ortega<br>U.S. Attorney's Office, District of New Mexico<br>201 3rd Street N.W., Suite 900<br>Albuquerque, New Mexico 87102 |

**¿Tengo un abogado en esta demanda?**
En una demanda colectiva, el juez designa representantes de la clase y abogados para trabajar en el caso y representar los intereses de todos los miembros de la clase. Para este acuerdo, el juez ha designado a los siguientes individuos y abogados:

**New Mexico Center on Law and Poverty**
Sovereign Hager
Maria Griego
PO Box 27290
Albuquerque NM 87125
(505) 255-2840

**National Housing Law Program**
Natalie Maxwell
Marcos Segura
90 New Montgomery St.
Suite 1015
(415) 546-7000

Estos son los abogados que negociaron este acuerdo **en su nombre.** Si desea ser representado por su propio abogado, puede contratar uno a su propio costo.

Si tiene preguntas, comuníquese con el **NM Center on Law and Poverty,** los abogados de los demandantes y la clase, al **(505) 255-2840**

# Exhibit A to Hager Decl.