# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

*BEFORE DISTRICT JUDGE JAMES O. BROWNING*

**CASE NO.:**          CIV 24-0572 JB/KK          **DATE:**          January 29, 2026

**CASE CAPTION:**          *Chavez, et al. v. Vilsack, et al.*

**CRD:**          C. Padilla          **COURT REPORTER:**          J. Bean

**COURT IN SESSION:**          9:32 a.m.          **COURT IN RECESS:**          9:46 a.m. =0:14

**TYPE OF PROCEEDING:   FAIRNESS HEARING**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**          Order to be entered by Court


**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Sovereign Hager          Roberto Ortega, Ben Feuchter and Sydney Jans


## PROCEEDINGS


**COURT IN SESSION:**

**Court:**          Calls case.   Counsel enter appearances.


**COURT:** WE ARE HERE ON FINAL APPROVAL OF SETTLEMENT.

**MS. HAGER:** WE ARE HERE ON FINAL APPROVAL OF SECOND SETTLEMENT.

**COURT**: THE NUMBER OF THE FIRST CLASS THE SAME AS THE SECOND?

**MS. HAGER:** IT WAS SLIGHTLY LOWER. PROPOSES FINAL ORDER TAKE EFFECT IN APRIL 2026.

**COURT:** THAT'S THE DATE WRITTEN INTO THE ORDER?

**MS. HAGER:** YES.

**COURT**: WHAT DID YOU DO WITH BOSLEY?

**MS. HAGER**: RESPONDS.

**COURT:** DID THE COURT MAKE THE ORDER APPEALABLE?

**MS. HAGER:** WE DID WAIT PAST THE APPEAL DEADLINE TO FUND THE CHECKS.

**COURT:** SHOULD THE COURT WAIT UNTIL AFTER APRIL 17 TO ENTER A FINAL JUDGMENT IN THIS CASE?

**MS. HAGER:** WE THINK THE COURT COULD ENTER THIS ORDER.

**COURT**: THE COURT DOESN'T THINK THERE IS A FINAL JUDGMENT THAT COVERS THE OLD ONE.

**MS. HAGER:** OKAY.

**COURT:** DIRECTS MS. HAGER TO GENERATE A FINAL JUDGMENT.

**MS. HAGE**R: OKAY.

**COURT**: YOU HAVE TO PUT IN THAT LANGUAGE IF YOU WANT THIS COURT TO CONTINUE TO HAVE JURISDICTION.

**MR. HAGER**: DO YOU MEAN ENDS IT?

**COURT:** UNDER SUPREME COURT, IF YOU DO NOT PUT IN THE LANGUAGE INTO THE FINAL JUDGMENT THAT THE COURT HAS JURISDICTION, YOU MIGHT LOOK AT SOME OPINIONS THE COURT WAS WRITTEN.

**MS. HAGER:** DO A FINAL JUDGEMENT AS TO EVERYTHING.

**COURT**: THE COURTS WANTS YOU ALL TO DRAFT IT.

**MS. HAGER:** UNDERSTOOD.

**MR. ORTEGA:** THE GOVERNMENT DOES NOT OBJECT TO THE FINAL ORDER AND AGREE TO THE TERMS.

**MR. FEUCHTER:** NO OBJECTION.

**MS. JANS:** NO OBJECTION.

**COURT:** THE COURT HAS SIGNED THE ORDER, WILL WAIT FOR FINAL JUDGMENT.

**NOTHING FURTHER.**

**COURT IN RECESS:   9:46 a.m.**