# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GUADALUPE CHAVEZ, LORENZA
ROMERO, ALICE SANCHEZ, SUSIE
TRUJILLO, and PETRA VELARDE,

      Plaintiffs,

v.                                              No. CIV 24-0572 JB/KK

BROOKE ROLLINS, Secretary,
U.S. Department of Agriculture, VILLAS DE AVENIDA
CANAD, LLC., and BOSLEY MANAGEMENT, INC.,

      Defendants.

## ORDER VACATING HEARING

This matter came before the Court on Defendant Brooke Rollins, Secretary of the United States Department of Agriculture's (the "USDA") Unopposed Motion to Vacate Hearing (Doc. 73). Having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised in the premises, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the hearing set by the Court for March 5, 2025 is HEREBY VACATED as it pertains to Doc. 21, Doc. 24, and Doc. 32. The remainder of the Court's Notice of Hearing (Doc. 69) remains unchanged.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

Submitted/Approved by:

*/s/ Jesse Hale 3/16/26*
JESSE HALE
Assistant United States Attorney
Jesse.Hale@usdoj.gov

*Counsel for USDA*

*Approved via email 3/3/25*
NATALIE MAXWELL
MARCOS SEGURA
National Housing Law Project
msegura@nhlp.org
nmaxwell@nhlp.org

MARIA T. GRIEGO
SOVEREIGN HAGER
New Mexico Center on Law & Poverty
maria@nmpovertylaw.org
sovereign@nmpovertylaw.org

*Counsel for Plaintiffs*


*Approved via email 3/3/25*
BEN FEUCHTER
Jennings Haug Keleher McLeod Waterfall LLP
bf@jkwlawyers.com

*Counsel for Defendant Villas Avendida de Canada*

*Approved via email 3/3/25*
RICHARD CRAVENS
Priest & Miller LLP
rick@priestmillerlaw.com

*Counsel for Bosley Management, Inc.*