**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW MEXICO**

| | |
|---|---|
| GUADALUPE CHAVEZ, et al.,<br>        Plaintiffs,<br><br>vs.<br><br>BROOK ROLLINS, Secretary of the<br>Department of Agriculture, et al.,<br>Defendants. | **CASE NO: 1:24-CV-00572 JB/KK** |

## STIPULATION OF DISMISSAL

STIPULATION OF DISMISSAL WITH PREJUDICE Plaintiffs, by and through their counsel of record, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate to the dismissal with prejudice of any and all claims which Plaintiffs brought or could have brought in the above-entitled action against Defendants Secretary of the United States Department of Agriculture and Villas de Avenida Canada, LLC.

Respectfully submitted.

Respectfully Submitted:

/s/ Sovereign Hager

NEW MEXICO CENTER ON LAW AND POVERTY
Sovereign Hager
Maria Griego
301 Edith Blvd., NE
Albuquerque, NM 87102

(505) 255-2840

sovereign@nmpoverylaw.org

maria@nmpovertylaw.org

NATIONAL HOUSING LAW PROJECT

Natalie N. Maxwell

Marcos Segura

90 New Montgomery St,, Suite 1015

San Francisco, CA 94105

TEL: (415) 546-7000

nmaxwell@nhlp.org

msegura@nhlp.org

Agreed as to form:

Ben Feuchter

Jennings Haug Keleher McLeod Waterfall LLP

201 Third Street NW, Suite 1200

Albuquerque, NM 87102

(505) 346-1342

bf@jkwlawyers.com

Roberto D. Ortega

AUSA & Civil Chief

U.S. Attorney's Office, District of New Mexico

201 Third Street NW, Suite 900

Albuquerque, NM 87102

(505) 224-1519

Roberto.ortega@usdoj.gov